# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00117-CV

**The Village of Bee Cave, Texas, Appellant**

**v.**

**71/620 Joint Venture, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GNO-00828, HONORABLE PAUL DAVIS, JUDGE PRESIDING

**PER CURIAM**

Appellant, the Village of Bee Cave, Texas, has filed an unopposed motion to dismiss its appeal. We grant the motion and dismiss this appeal.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: October 25, 2001

Do Not Publish